# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00008-CV

**Rosa Laura Torres, Appellant**

**v.**

**Bruce Alan Phillips, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-FM-04-008337, HONORABLE GUS J. STRAUSS JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Rosa Laura Torres has filed Appellant's Motion to Dismiss, stating that she no longer wishes to pursue this appeal and that its dismissal will not prevent any party seeking relief to which it would otherwise be entitled. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed on Appellant's Motion

Filed:   November 13, 2009